CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████████ 7617
August 07, 2016 to August 15, 2016

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $225.84 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$75.00** |
| **Interest Charged** | + | **$0.30** |
| New Balance | | $301.14 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 08/15/16 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $301.14 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| **Minimum Payment Due** | **$25.00** |
| **Payment Due Date** | **09/11/16** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $348.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 2422638KL2LR33459 | 08/14 | 08/14 | WAL-MART #2335 MADISON WI | 207.84 |
| 2443106KKR7FA05GV | 08/14 | 08/14 | JCPENNEY 0891 MADISON WI | 18.00 |
| | | | **Fees** | |
| F572700KL000CYLAC | 08/15 | 08/15 | ANNUAL FEE   09/16 THROUGH 08/17 | 75.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **75.00** |
| | | | **Interest Charged** | |
| | 08/15 | 08/15 | Interest Charge on Purchases | 0.30 |
| | 08/15 | 08/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.30** |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $75.00 |
| Total interest charged in 2016 | $0.30 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $15.05 | $0.30 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   15   160815   0   O PAGE 1 of 1   2 0   5727   9620   A125   O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.


CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account ████████ 7617
New Balance:   $301.14
Minimum Payment Due:   $25.00
Payment Due Date:   09/11/16

AMOUNT ENCL

KATIE DIEHM

**EXHIBIT 1**

617 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ▆▆▆▆▆ 7617
November 16, 2016 to December 15, 2016

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $447.32 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases | + $0.00 |
| Cash Advances | + $0.00 |
| **Fees Charged** | **+ $35.00** |
| **Interest Charged** | **+ $8.56** |
| New Balance | $490.88 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 12/15/16 |
| Days in Billing Cycle | 30 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $490.88 |
| Past Due Amount | $100.00 |
| Amount Due This Period | $60.00 |
| **Minimum Payment Due** | **$160.00** |
| **Payment Due Date** | **01/11/17** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 months | $577.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 12/15 | 12/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 12/15 | 12/15 | Interest Charge on Purchases | 8.56 |
| | 12/15 | 12/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **8.56** |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $205.00 |
| Total interest charged in 2016 | $30.52 |

YOUR CREDIT CARD ACCOUNT HAS BEEN CLOSED
BECAUSE IT IS PAST DUE. IF YOU HAVE ANY
QUESTIONS REGARDING YOUR ACCOUNT, PLEASE
CONTACT US AT 1-888-729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $425.36 | $8.56 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   15   161215   0   C X PAGE 1 of 1   2 0   5727   9620   A125   O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

Account ▆▆▆▆▆ 7617
New Balance:           $490.88
Minimum Payment Due:   $160.00
Payment Due Date:      01/11/17

**AMOUNT ENCLOSED:** | $            . |

KATIE DIEHM

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

▆617 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ▮▮▮▮▮▮ 7617
December 16, 2016 to January 15, 2017

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $490.88 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$35.00** |
| **Interest Charged** | + | **$9.36** |
| New Balance | | $535.24 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 01/15/17 |
| Days in Billing Cycle | | 31 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call            1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $535.24 |
| Past Due Amount | $125.00 |
| Amount Due This Period | $62.00 |
| **Minimum Payment Due** | **$187.00** |
| **Payment Due Date** | **02/11/17** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 months | $632.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 01/15 | 01/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 01/15 | 01/15 | Interest Charge on Purchases | 9.36 |
| | 01/15 | 01/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **9.36** |

### 2017 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2017 | $35.00 |
| Total interest charged in 2017 | $9.36 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.40%(v) | $460.36 | $9.36 |
| Cash Advances | 24.40%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7   15   170115   0    C X PAGE 1 of 1    2 0   5727   9620   A125   O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.


**Credit One BANK**

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account ▮▮▮▮▮▮ 7617 | |
| New Balance: | $535.24 |
| Minimum Payment Due: | $187.00 |
| Payment Due Date: | 02/11/17 |

AMOUNT ENCLOSED: $ _____ . ____

KATIE DIEHM
▮▮▮▮▮▮▮▮▮

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 617 7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ▆▆▆▆▆▆ 7617
January 16, 2017 to February 15, 2017

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---:|
| Previous Balance | $535.24 |
| Payments - | $0.00 |
| Other Credits - | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| **Fees Charged** + | **$35.00** |
| **Interest Charged** + | **$10.07** |
| New Balance | $580.31 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 02/15/17 |
| Days in Billing Cycle | 31 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $580.31 |
| Past Due Amount | $152.00 |
| Amount Due This Period | $65.00 |
| **Minimum Payment Due** | **$217.00** |
| **Payment Due Date** | **03/11/17** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 months | $686.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| | | | **Fees** | |
| | 02/15 | 02/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 02/15 | 02/15 | Interest Charge on Purchases | 10.07 |
| | 02/15 | 02/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **10.07** |

| 2017 Totals Year-to-Date | |
|---|---:|
| Total fees charged in 2017 | $70.00 |
| Total interest charged in 2017 | $19.43 |

YOUR ACCOUNT IS SCHEDULED TO BE CHARGED OFF.
THE BALANCE WILL BE DUE IN FULL.  CALL (888)
729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.40%(v) | $495.36 | $10.07 |
| Cash Advances | 24.40%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7   15    170215    0        C X PAGE 1 of 1       2 0   5727    9620    A125    O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to  CREDIT ONE BANK.



For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account ▆▆▆▆▆▆▆▆ 7617
New Balance:              $580.31
Minimum Payment Due:  $217.00
Payment Due Date:        03/11/17

AMOUNT ENCLOSED:  | $            . |

KATIE DIEHM



▆▆▆▆▆▆▆▆▆▆▆▆▆▆ 617 9

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $404.46 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$7.86** |
| New Balance | | $447.32 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 11/15/16 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $447.32 |
| Past Due Amount | $75.00 |
| Amount Due This Period | $60.00 |
| **Minimum Payment Due** | **$135.00** |
| **Payment Due Date** | **12/11/16** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 months | $524.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 11/15 | 11/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 11/15 | 11/15 | Interest Charge on Purchases | 7.86 |
| | 11/15 | 11/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **7.86** |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $170.00 |
| Total interest charged in 2016 | $21.96 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $390.36 | $7.86 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7    15    161115    0        X PAGE 1 of 1        2 0    5727    9620    A125    O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to  CREDIT ONE BANK.



For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account | ■■■■■ 7617 |
|---|---|
| New Balance: | $447.32 |
| Minimum Payment Due: | $135.00 |
| Payment Due Date: | 12/11/16 |

**AMOUNT ENCLOSED:**  $            .

KATIE DIEHM

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

|617 3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ▮▮▮▮▮▮ 7617
February 16, 2017 to March 15, 2017

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $580.31 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$10.78** |
| New Balance | | $626.09 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 03/15/17 |
| Days in Billing Cycle | | 28 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call           1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $626.09 |
| Past Due Amount | $182.00 |
| Amount Due This Period | $479.09 |
| **Minimum Payment Due** | **$626.09** |
| **Payment Due Date** | **04/11/17** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 months | $626.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 03/15 | 03/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 03/15 | 03/15 | Interest Charge on Purchases | 10.78 |
| | 03/15 | 03/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **10.78** |

| 2017 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2017 | $105.00 |
| Total interest charged in 2017 | $30.21 |

YOUR ACCOUNT IS SCHEDULED TO BE CHARGED OFF.
THE BALANCE WILL BE DUE IN FULL.  CALL (888)
729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.40%(v) | $530.36 | $10.78 |
| Cash Advances | 24.40%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385      JBH      001    7   15   170315   0      C X PAGE 1 of 1      2 0   5727   9620   A125   O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to  CREDIT ONE BANK.

**CreditOne BANK**

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account ▮▮▮▮▮▮ 7617
New Balance:         $626.09
Minimum Payment Due: $626.09
Payment Due Date:    04/11/17

AMOUNT ENCLOSED:  | $          . |

|.|.|....||..|..||....||...||.|..||||..|||.|....||.|||..||.....|

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

KATIE DIEHM


▮▮▮▮▮▮617 0

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ▓▓▓▓▓▓▓ 7617
August 16, 2016 to September 15, 2016

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $301.14 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $29.52 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$25.00** |
| **Interest Charged** | + | **$6.65** |
| New Balance | | $362.31 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 09/15/16 |
| Days in Billing Cycle | | 31 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call     1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $362.31 |
| Past Due Amount | $25.00 |
| Amount Due This Period | $50.00 |
| **Minimum Payment Due** | **$75.00** |
| **Payment Due Date** | **10/11/16** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 months | $423.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 2444500KL2X95L40K | 08/14 | 08/16 | GORDMANS INC. STORE# 18 MADISON WI | 29.52 |
| | | | **Fees** | |
| | 09/15 | 09/15 | LATE FEE | 25.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **25.00** |
| | | | **Interest Charged** | |
| | 09/15 | 09/15 | Interest Charge on Purchases | 6.65 |
| | 09/15 | 09/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **6.65** |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $100.00 |
| Total interest charged in 2016 | $6.95 |

YOUR ACCOUNT IS PAST DUE. IT IS NOT TOO LATE TO
PROTECT YOUR CREDIT RATING! PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $330.36 | $6.65 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385     JBH     001   7  15   160915   0          X PAGE 1 of 1          2 0   5727    9620   A125   O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to  CREDIT ONE BANK.



For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account ▓▓▓▓▓▓▓ 7617
New Balance:     $362.31
Minimum Payment Due: $75.00
Payment Due Date:     10/11/16

**AMOUNT ENCLOSED:** $

KATIE DIEHM

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

617 2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ■■■■■■ 7617
September 16, 2016 to October 15, 2016

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $362.31 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$7.15** |
| New Balance | | $404.46 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 10/15/16 |
| Days in Billing Cycle | | 30 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card  1-877-825-3242
Outside the U.S. Call  1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $404.46 |
| Past Due Amount | $50.00 |
| Amount Due This Period | $60.00 |
| **Minimum Payment Due** | **$110.00** |
| **Payment Due Date** | **11/11/16** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 months | $472.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 10/15 | 10/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 10/15 | 10/15 | Interest Charge on Purchases | 7.15 |
| | 10/15 | 10/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **7.15** |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $135.00 |
| Total interest charged in 2016 | $14.10 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $355.36 | $7.15 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7   15    161014    0    X PAGE 1 of 3    2 0   5727   9620   A125   O1EO5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account ■■■■■■■■■ 7617
New Balance:  $404.46
Minimum Payment Due:  $110.00
Payment Due Date:  11/11/16

**AMOUNT ENCLOSED:** | $          . |

ıll.ıll.ıl.ıll...ıllı..ı.ıllı..ıllı.ıllı.lllı...lı..ıllıl..

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

KATIE DIEHM



■■■■■■■■■■■■■■■■■■■■■■■■■617 2

**IMPORTANT NOTICE**

The United States Post Office estimates that between 06/27/2016 and 07/06/2016 approximately 1,200 to 1,300 pieces of mail addressed to Credit One Bank, N.A. ("Credit One Bank", "we" or "our"), P.O. Box 98873, Las Vegas, NV 89193 were forwarded to a foreign mailbox. The forwarding of this mail was not requested or authorized by Credit One Bank.

This P.O. Box is not used for payments and any check you sent to Credit One Bank using a payment coupon has not been impacted.

Credit One Bank is committed to protecting the security of your personal and financial information. We request that you promptly report any unauthorized use or access of your information to our phone number listed below. You will not be held responsible for any unauthorized charges. We strongly encourage you to review your billing statement carefully each month. You may also review recent transactions at CreditOneBank.com. Additionally, we suggest you monitor your credit report for suspicious activity and report any incidents of identity theft to the Federal Trade Commission at ftc.gov or identitytheft.gov. You may also contact the Federal Trade Commission at ■■■■■■■4338.

If you feel your personal information has been compromised or your Account has been used fraudulently as a result of this incident, please contact us immediately at ■■■■■■■3242 between 5:00 a.m. and 9:00 p.m. Monday through Friday, or between 6:30 a.m. and 5:00 p.m. on Saturday and Sunday (Pacific Time).