| STATE OF WISCONSIN | CIRCUIT COURT | COLUMBIA COUNTY | FILED |
|---|---|---|---|
| LVNV Funding LLC vs. Katie Diehm | | ☐ Amended **Summons and Complaint Small Claims** Case No. 2017SC001213 Claim for money ($10,000 or less) 31001 | 10-17-2017 Circuit Court Columbia County, WI 2017SC001213 Honorable Todd J. Hepler Branch 1 |

**Plaintiff:**
LVNV Funding LLC
3033 Campus Drive, Suite 250
Plymouth MN 55441

**Defendant:**
Katie Diehm
[REDACTED]

If you require reasonable accommodations due to a disability to participate in the court process, please call at least 10 working days prior to the scheduled court date. Please note that the court does not provide transportation.

## SUMMONS

**To the Defendant(s):**
You are being sued as described on the attached complaint. If you wish to dispute this matter:
[X] You must appear at the time and place stated.
  OR
[X] You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated.
If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking.

| When to Appear/File an Answer | |
|---|---|
| Date | Time |
| 11-10-2017 | 09:00 am |

**Place to Appear/File an Answer**

Columbia Cnty Courthouse
Small Claims Dept. - 2nd Floor
111 E Mullett Street
Portage WI 53901

| Clerk/Attorney Signature **Electronically Signed by Susan Raimer** | Date Summons Issued 10-17-2017 | Date Summons Mailed 10-17-2017 |
|---|---|---|

SC-500E(CCAP), 08/2011 Summons and Complaint - Small Claims
This form shall not be modified. It may be supplemented with additional material.

**EXHIBIT 2**

FILED
10-17-2017
Circuit Court
Columbia County, WI
2017SC001213
Honorable Todd J. Hepler
Branch 1

**STATE OF WISCONSIN, CIRCUIT COURT, COLUMBIA COUNTY**

Plaintiff(s): (Name [first, middle, last], Address, City, State, Zip)

LVNV Funding LLC as successor in interest to Credit One Bank, N.A.
c/o Messerli & Kramer PA
3033 Campus Drive Suite 250
Plymouth MN 55441   ☐ See attached for additional plaintiffs.

-vs-

To: Defendant(s): Name [first, middle, last], Address, City, State, Zip

Katie Diehm

☐ See attached for additional defendants.

☐ Amended

## Summons and Complaint
## Small Claims

Case No.

☒ Claim for money ($10,000 or less) 31001
☐ Tort/Personal injury ($5,000 or less) 31010
☐ Return of property (replevin)   31003
☐ Eviction   31004
☐ Eviction due to foreclosure   31002
☐ Arbitration award   31006
☐ Return of earnest money   31008

If you require reasonable accommodations due to a disability to participate in the court process, please call 608-742-2191 at least 10 working days prior to the scheduled court date. Please note that the court does not provide transportation.

## SUMMONS

**To the Defendant(s):**
You are being sued as described on the attached complaint. If you wish to dispute this matter:
☐ You must appear at the time and place stated.
   **AND/OR** (Clerk will circle one)
☐ You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated.

If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking.

Clerk/Attorney Signature
Electronically signed by:

*James E. Kachelski, #1021194 WI*

October 10, 2017

| When to Appear/File an Answer | |
|---|---|
| Date | Time |
| November 10, 2017 | 9:00 AM |
| Place to Appear/File an Answer | |
| Columbia County Courthouse 400 DeWitt Street Portage WI 53901 | |
| Date Summons Issued | Dated Summons Mailed |

SC-500, 09/16 Summons and Complaint – Small Claims                          Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

WI_0100                              File No: 17-147379

# COMPLAINT

**Plaintiff's Demand:**

The plaintiff states the following claim against the defendant(s):

1. Plaintiff demands judgment for: *(Check as appropriate)*
   - [x] Claim for money $626.09
   - [ ] Tort/personal injury
   - [ ] Return of property (replevin) *(Describe property in 2 below.) (Not to include Wis. Stats. 425.205 actions to recover collateral.)*
   - [ ] Eviction
   - [ ] Eviction due to foreclosure
   - [ ] Return of Earnest Money
   - [ ] Confirmation, vacation, modification or correction of arbitration award.

   Plus interest, costs, attorney fees, if any, and such other relief as the court deems proper.

2. Brief statement of dates and facts:
   (If this is an eviction action and you are seeking money damages, you must also state that claim on this form.)

---

[x] **See attached for additional information.** Provide copy of attachments for court and defendant(s).

**Verification:** Under oath, I state that the above complaint is true, except as those matters stated upon information and belief, and as to those matters, I believe them to be true.

Notarization is not required
if this Complaint is electronically filed.
State of Minnesota
County of Hennepin
Subscribed and sworn to before me on _____

_____
Notary Public/Court Official

_____
Name Printed or Typed

I am the: [ ] plaintiff.    [x] attorney for plaintiff.

Electronically signed by:

*James E. Bachelski, #1021194 WI*

October 10, 2017

**MESSERLI & KRAMER PA**
3033 Campus Drive Suite 250
Plymouth MN 55441
cc-litigation@messerlikramer.com
Ph#: (763) 548-7900
Fax#: (763) 548-7922

SC-500, 09/16 Summons and Complaint – Small Claims     Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

WI_0100     File No: 17-147379

FILED
10-17-2017
Circuit Court
Columbia County, WI
2017SC001213
Honorable Todd J. Hepler

Plaintiff, through counsel, seeks to enforce a cause of action arising from a consumer credit transaction.

As of March 16, 2017, Defendant(s) owe(s) Plaintiff a sum of $626.09 for transactions made on Defendant('s') charge account bearing account number XXXXXXXXXXXX7617 which was/were issued by Credit One Bank, N.A. to Defendant(s).

LVNV Funding LLC purchased this account and is successor in interest to Credit One Bank, N.A..

Defendant(s) is/are in default for failing to make the required payments on the charge account as they came due on two or more occasions within a twelve month period. Pursuant to Wisconsin Statute section 425.109(1)(h), Plaintiff will submit accurate copies of the writings evidencing the Defendant's obligation to the court and the Defendant(s) upon receipt of the Defendant's written request therefor on or before the return date or the date on which the Defendant's answer is due.

WHEREFORE, Plaintiff demands judgment against Defendant(s) for the sum of $626.09, and Plaintiffs costs and disbursements pursuant to Wisconsin Statute §814.04.

| STATE OF WISCONSIN | CIRCUIT COURT | COLUMBIA COUNTY | FILED |
|---|---|---|---|
| LVNV Funding LLC vs. Katie Diehm | | **Electronic Filing Notice** | 10-17-2017 Circuit Court Columbia County, WI 2017SC001213 Honorable Todd J. Hepler Branch 1 |
| | Case No. 2017SC001213 Class Code: Sm Claim, Claim Under $ Limit | | |

**KATIE DIEHM**



Case number 2017SC001213 was electronically filed with/converted by the Columbia County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: da49df**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 608-742-9642.

BY THE COURT:

Electronically signed by Susan Raimer
Clerk of Circuit Court

10-17-2017
Date

GF-180(CCAP), 02/2017 Electronic Filing Notice

This form shall not be modified. It may be supplemented with additional material.

§801.18(5)(d), Wisconsin Statutes